# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br>Alfred Sylvester Fortune<br>Debtor(s) | Case No. 22-60236<br>Chapter 13<br>ECF Dkt Ref No(s). 18 |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 4/19/2022, I did cause a copy of the following document(s), described below:

Order Partially Granting Motion to Extend Automatic Stay, ECF Dkt Ref No. 18

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/19/2022

/s/ Jerry E. Fennell, Jr.
Jerry E. Fennell, Jr.
Bar No. 94748
Slayton Law, PLC
913 East Jefferson Street
Charlottesville VA 22902-0000
(434)979-7900
jerry@marshallslayton.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Case No. 22-60236 |
| Alfred Sylvester Fortune | Chapter 13 |
| Debtor(s) | ECF Dkt Ref No(s).  18 |

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 4/19/2022, I did cause a copy of the following document(s), described below:

Order Partially Granting Motion to Extend Automatic Stay, ECF Dkt Ref No. 18

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/19/2022

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 4/19/2022, I caused a copy of the Order Partially Granting Motion to Extend Automatic Stay to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | |
|---|---|---|---|---|
| C&F Finance Company | P.O. Box 2129 | | | Richmond VA 23218-0000 |
| Commonwealth of Virginia | Ofc of Atty Gen, Div of Debt Collec | PO Box 610 | | Richmond VA 23218-0610 |
| Credit Acceptance Corp. | Attn: Bankruptcy Dept | 25505 West 12 Mile Rd Ste 3000 | | Southfield MI 48034-0000 |
| Downtown Auto Sales, LLC | 1640 Seminole Trail | | | Charlottesville VA 22901-0000 |
| Fingerhut | Attn: Bankruptcy | P.O. Box 1250 | | Saint Cloud MN 56395-0000 |
| Internal Revenue Service | Insolvency Units | P.O. Box 7346 | | Philadelphia PA 19101-7346 |
| LCS Electrical | 357 Rollings Lane | | | Louisa VA 23093-0000 |
| Louisa County Treasurer | P.O. Box 523 | | | Louisa VA 23093-0523 |
| LVNV c/o Resurgent Capital Services | Attn: Bankruptcy | P.O. Box 10587 | | Greenville SC 29603-0000 |
| Michael Wayne Investments | Attn: Bankruptcy | Po Box 8730 | | Virginia Beach VA 23450-0000 |
| Nationwide Recovery | 501 Shelley Dr | Ste 300 | | Tyler TX 75701-0000 |
| Pendrick Capital Partners, LLC | Peritus Portfolio Services II, LLC | P.O. Box 141419 | | Irving TX 75014-1419 |
| Rector & Visitors / UVA Med. Ctr. | P.O. Box 743977 | | | Atlanta GA 30374-3877 |
| Select Portfolio Servicing Inc. | P.O. Box 65250 | | | Salt Lake City UT 84165-0250 |
| Standard Guaranty Insurance Company | P.O. Box 50355 | | | Atlanta GA 30302-0000 |
| UVA Medical Center | P.O. BOX 743977 | | | Atlanta GA 30374-0000 |
| UVA Physicians Group | P.O. Box 743977 | | | Atlanta GA 30374-0000 |
| Virginia Dept. of Taxation | Bankruptcy Dept. | P.O. Box 2156 | | Richmond VA 23218-2156 |
| Internal Revenue Service | Insolvency Units | 400 North Eighth Street, Box 76 | | Richmond VA 23219-0000 |
| Taxing Authority Consulting Service | P.O. Box 31800 | | | Henrico VA 23294-1800 |
| Nationwide Recovery Service | 545 W. Inman Street | | | Cleveland TN 37311-0000 |
| Credit Control Corporation | Attn: Bankruptcy | P.O. Box 120570 | | Newport News VA 23612-5680 |
| Bull City Financial Solutions | Attn: Bankruptcy | 2609 North Duke Street, Suite 500 | | Durham NC 27704-0000 |
| LOGS Legal Group LLP | 10021 Balls Ford Rd, Suite 200 | | | Manassas VA 20109-0000 |
| Robertson, Anschultz & Schneid, P.L | 10700 Abbott's Bridge Road, Ste 170 | | | Duluth GA 30097-0000 |
| US Bank National Association | 10021 Balls Ford Road, # 200 | Shapiro Brown & Alt, LLP | | Manassas VA 20109-2666 |
| UVA Medical Center | c/o J L Walston & Associates | 2609 N Duke St, Ste 500 | | Durham NC 27704-0000 |
| UVA Medical Center | c/o Carol Lewis, Asst Atty Gen | 202 N 9th St. | | Richmond VA 23219-0000 |
| MEP Health, LLC | Attn: Bankruptcy | P.O. Box 14099 | | Belfast ME 04915-4085 |
| GE Money Bank | P.O. Box 960061 | | | Orlando FL 32896-0061 |



SIGNED THIS 18th day of April, 2022

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

RE:     Alfred Sylvester Fortune

                                                 Chapter 13
                                                 Case No. 22-60236
        Debtor(s)

## ORDER PARTIALLY GRANTING MOTION TO EXTEND AUTOMATIC STAY

THIS MATTER having come before the Court on Debtor's Motion to extend the automatic stay, and it appearing that no objections have been filed to said motion, and for good cause shown, it is

**O R D E R E D**

that the Debtor's motion is granted in part, and the automatic stay is extended and will remain in full force and effect through May 12, 2022. The hearing on the Motion to Extend is continued to May 12, 2022 at 9:30 a.m. via Zoom before Judge Connelly. The Zoom link is https://vawb-uscourts-gov.zoomgov.com/j/1603692643. For Zoom video conference instructions please visit the court website at www.vawb.uscourts.gov.  Hearings will not be held in person.

This extension of the automatic stay is subject to the following conditions:

1. Debtor shall appear at the 341 Meeting of Creditors scheduled for April 18, 2022.
2. Debtor shall make timely plan payments and be current at the confirmation hearing scheduled for May 12, 2022.

A copy of this Order is directed to be sent to counsel for the Debtor, who shall mail a copy to the Debtor and to all creditors, and send to the Trustee via ECF.

1

**END OF ORDER**

Presented by:

/s/ Jerry E. Fennell, Jr.
Jerry E. Fennell, Jr., VSB #94748
Slayton Law, PLC
913 East Jefferson Street
Charlottesville, VA  22902
434-979-7900
jerry@marshallslayton.com

Seen and Agreed:

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee
VSB # 15050
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: hbeskin@cvillech13.net

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was sent to the Bankruptcy Trustee via ECF, and was submitted to the Best Case Legal Noticing for servicing via first-class mail to all creditors and to the Debtor, on _____ .

      Certification from the Best Case Legal Noticing will follow.

DATED: _____

/s/_____
Jerry E. Fennell, Jr.

2